Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendant
UMRO REALTY CORPORATION d/b/a THE AGENCY

David J. McGlothlin, Esq. (State Bar No. 253265)
david@kazlg.com
Mona Amini, Esq. (State Bar No. 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (State Bar No. 343430)
gustavo@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiff CARL GANZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GANZ, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEN BELACK GROUP, and UMRO REALTY CORPORATION d/b/a THE AGENCY,<br><br>Defendants. | Case No. 3:23-CV-03263 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT, UMRO REALTY CORPORATION D/B/A THE AGENCY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**Filed Concurrently with [Proposed] Order** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant UMRO REALTY CORPORATION d/b/a THE AGENCY may have additional time within which to answer or otherwise respond to plaintiff's complaint.  Therefore, the last day for Defendant to answer or otherwise respond to plaintiff's complaint is August 28, 2023.

Good cause exists for this extension as the parties have been engaging in settlement communications and would like to save the costs of filing a responsive pleading.

DATED:  July 26, 2023          **KAZEROUNI LAW GROUP, APC**

By: _____/s/ Mona Amini_____
David J. McGlothlin
Mona Amini
Gustavo Ponce
Attorneys for Plaintiff CARL GANZ

DATED:  July 26, 2023          **ZELMS ERLICH & MACK**

By: _____/s/ Rinat Klier Erlich_____
Rinat Klier Erlich
Attorneys for Defendant UMRO REALTY
CORPORATION d/b/a THE AGENCY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On July 26, 2023, I served True copies of the following document(s) described as **STIPULATION TO EXTEND TIME FOR DEFENDANT, UMRO REALTY CORPORATION D/B/A THE AGENCY TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| David J. McGlothlin, Esq.<br>david@kazlg.com<br>Mona Amini, Esq.<br>mona@kazlg.com<br>Gustavo Ponce, Esq.<br>gustavo@kazlg.com<br>**KAZEROUNI LAW GROUP, APC**<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 | Attorneys for Plaintiff CARL GANZ |

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2023 at Woodland Hills, California.

_____
Rosa E. Rojas