1  Rinat Klier-Erlich (State Bar No. 188933)
   rerlich@zelmserlich.com
2  **ZELMS ERLICH & MACK**
   20920 Warner Center Lane, Suite B
3  Woodland Hills, California 91367
   Telephone: (480) 608-2114
4  Facsimile: (818) 999-9155

5  Attorneys for Defendant
   UMRO REALTY CORPORATION d/b/a THE AGENCY
6

7  David J. McGlothlin, Esq. (State Bar No. 253265)
   david@kazlg.com
8  Mona Amini, Esq. (State Bar No. 296829)
   mona@kazlg.com
9  Gustavo Ponce, Esq. (State Bar No. 343430)
   gustavo@kazlg.com
10 **KAZEROUNI LAW GROUP, APC**
   245 Fischer Avenue, Unit D1
11 Costa Mesa, California 92626
   Telephone:  (800) 400-6808
12 Facsimile:  (800) 520-5523

13 Attorneys for Plaintiff CARL GANZ

14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17

18 CARL GANZ, on behalf of himself and     Case No. 3:23-CV-03263 JCS
   those similarly situated,
19
           Plaintiff,                      **[~~PROPOSED~~] ORDER TO
20                                         STIPULATION TO EXTEND TIME
       v.                                  FOR DEFENDANT, UMRO
21                                         REALTY CORPORATION D/B/A
   BEN BELACK GROUP, and UMRO              THE AGENCY TO RESPOND TO
22 REALTY CORPORATION d/b/a THE           PLAINTIFF'S COMPLAINT**
   AGENCY,
23                                         **Filed Concurrently with Stipulation
           Defendants.                     to extend Time to Respond to
24                                         Plaintiff's Complaint**

25

26

27

28

                                   1

1    Having considered the Stipulation to Extend Time to Respond to Plaintiff's

2 Complaint, submitted by Plaintiff, Carl Ganz ("Plaintiff") and Defendant, Umro

3 Real Corporation d/b/a The Agency ("Defendant Umro"), and for good cause

4 appearing, it is HEREBY ORDERED that the time for Defendant Umro to respond

5 to Plaintiff's Complaint shall be extended to August 28, 2023.

6    **IT IS SO ORDERED.**

7

8

9

10  DATED:  July 26, 2023

11  _____
    Honorable Joseph C. Spero
    United States ~~District~~ Judge
    Magistrate

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER TO STIPULATION TO EXTEND TIME FOR DEFENDANT, UMRO REALTY
CORPORATION D/B/A THE AGENCY TO RESPOND TO PLAINTIFF'S COMPLAINT

ZELMS ERLICH & MACK   CALIFORNIA | ARIZONA