**VERIFICATION**

I have read the foregoing **DEFENDANTS, BEN BELACK GROUP AND UMRO REALTY CORPORATION D/B/A THE AGENCY'S RESPONSE TO PLAINTIFF'S CLASS ACTION COMPLAINT** and know its contents.

I am __an officer__, of BEN ACQUISITIONS WRONGFULLY NAMED AS BEN BELACK GROUP, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe, and on that ground allege, that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/28/2023__ at __Los Angeles__.

Ben Belack
Name

*BEN BELACK*
Signature

1
**VERIFICATION**