United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL GANZ,

    Plaintiff.

v.

BEN BELACK GROUP, et al.,

    Defendants.

Case No. 23-cv-03263-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on November 3, 2023, before this Court in the above-entitled case.  Plaintiff was present.  Defendants were not present.

IT IS HEREBY ORDERED that Defendants shall appear on **November 17, 2023, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why the default of the Defendants should not be entered for counsels' failure to appear at the case management conference on November 3, 2023, for failure to defend this case, and for failure to comply with the Court's Order of October 6, 2023.  A further case management conference is also scheduled for **November 17, 2023**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  November 3, 2023

                                                                               JOSEPH C. SPERO
                                                                               United States Magistrate Judge